

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00475-CR

Christopher **HUNT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8842A
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due November 16, 2015. On November 12, 2015, appellant filed a motion for extension of time to file his brief. In that motion, appellant asks that we extend the time to January 16, 2016. The date requested is a Saturday, and sixty-one days from the original due date. Accordingly, we **GRANT** appellant's motion in part and **DENY** it in part. We **ORDER** appellant to file his brief on or before Friday, January 15, 2016, sixty days from the original due date.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court